UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-384-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR BARAHONA FIALLOS | ORDER TO SEAL<br>MOTION AT DOCKET ENTRY #21 |

On motion of the Defendant, Oscar Barahona Fiallos, and for good cause shown, it is hereby ORDERED that the motion to continue sentencing and extend the time to file objections to the presentence report [D.E. 21] be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that public information may compromise his personal privacy and safety.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 17th day of May, 2016.

_____
LOUISE W. FLANAGAN
United States District Court Judge