UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-384-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR BARAHONA FIALLOS | ORDER TO SEAL |

On motion of the Defendant, Oscar Barahona Fiallos, and for good cause shown, it is hereby ORDERED that the **D.E. 33** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __28th__ day of September, 2016.

_____
LOUISE WOOD FLANAGAN
United States District Judge